# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2006

130309

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE EXECUTIVE MESSAGE FROM THE
GOVERNOR (CERTIFIED QUESTION IN
DPG YORK v STATE OF MICHIGAN)

SC: 130309

_____/

The Executive Message of the Governor pursuant to MCR 7.305(A) was received on January 12, 2006, requesting that this Court expedite final resolution of the appeal in *DPG York v State of Michigan*, Docket No. 128656. On the same date, appellants in *DPG York v State of Michigan* filed motions for reconsideration and for immediate consideration. In response to the Executive Message, we note the relief provided by our order granting reconsideration and denying the application for leave to appeal in Docket No. 128656.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2006

_Corbin R. Davis_
Clerk

d0123